O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROY LEE DOSS, | ) | NO. CV 08-07337-MMM (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JAMES D. HARTLEY, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: January 13, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE